# The Attorney General of Texas
June 12, 1980


**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce. Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Bob Bullock
Comptroller of Public Accounts
LBJ State Office Building
Austin, Texas 78744

Honorable Gerald R. Brown
Executive Director
Texas Industrial Commission
Box 12728, Capitol Station
Austin, Texas 78711

Opinion No. MW-195

Re: Sales tax exemption for industrial development corporations or medical development corporations.

Gentlemen:

You have asked whether tangible personal property purchased by an industrial development corporation or medical development corporation is subject to sales and use tax if:

1. the property is to be incorporated into a project to be leased or sold to non-exempt persons or organizations, or
2. the property is to be used in constructing a project to be leased or sold to non-exempt persons or organizations?

If the answer to these questions is yes, Mr. Brown poses three additional questions. Authority to create and administer industrial and medical development corporations is found in the Development Corporation Act of 1979, article 5190.6, V.T.C.S. Section 32 of the Act provides in pertinent part that ". . .the corporation, all properties at any time owned by it, the income therefrom, and all bonds issued by it, their transfer, and the income therefrom <u>shall</u> be exempt from all taxation by the state." (Emphasis added).

You suggest that the answer may be affected by MW-94 (1979) which involved sales tax exemption for property leased by an exempt organization to a non-exempt commercial entity. That opinion, however, involved construction of article 20.04(Y), Taxation-General, which required that the property be improved <u>for</u> an exempt organization. There is no such

requirement in section 32 of article 5190.6, V.T.C.S., which simply exempts the corporation from all taxation. In light of the specific statutory exemption, we believe property purchased by an industrial development corporation is not subject to the sales and use tax even though the property may be sold or leased to a non-exempt organization. You have not asked and we do not make any determination on exemptions under any other taxes.

Since the answer to both questions is in the negative, we need not address Mr. Brown's questions.

## S U M M A R Y

Tangible personal property purchased by an industrial development corporation or medical development corporation is exempt from the sales and use tax.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Bob Gammage &
C. Robert Heath
Assistant Attorneys General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
Jon Bible
Bob Gammage
Susan Garrison
Rick Gilpin
Myra McDaniel